| PROB 22 (Rev. 2/88) | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Tran. Court)* 2:02CR00282-001 |
| --- | --- | --- |
| | | DOCKET NUMBER *(Rec. Court)* ~4-10283 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Ruth Rojas 169 Columbia Road, Apt. 7 Dorchester, Massachusetts 02121 | DISTRICT New Jersey | DIVISION |
| --- | --- | --- |
| | NAME OF SENTENCING JUDGE John W. Bissell | |
| | DATES OF PROBATION/ SUPERVISED RELEASE: | FROM 7/24/02 | TO 7/23/05 |

**OFFENSE**

Evasion of Currency Reporting Requirements

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE **DISTRICT OF NEW JERSEY**

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the D/MA upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

August 20, 2004
_____
Date

_____
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE **DISTRICT OF MASSACHUSETTS**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

Sept 15, 2004
_____
Effective Date

William G. Young
_____
United States District Judge

RECEIVED

AUG 24 2004

U.S. PROBATION OFFICE NEWARK, N.J.

(K. Jones 20 Washington Pl.)